UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                             :

EDWIN M. FORTUNATO TAPIA, *by next*
*friend* YAGELVIS MORONTA,        :

                                  :

                          Petitioner,   :                26-CV-2527

                                  :

             -against-           :              **ORDER**

                                  :

ORANGE COUNTY CORRECTIONS,    :

                                  :

                      Respondent.  :

                                  :

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241, which was filed on March 27, 2026 at 11:21 a.m. ET, by Petitioner's next friend, Yagelvis Moronta.  (Doc. 1 ("Habeas Petition").)[1]  I held an initial telephonic conference on March 31, 2026.  The Government filed their opposition to the Habeas Petition on April 7, 2026.  (Docs 8–10.)  I will issue a separate order for appearance of pro bono counsel.  Accordingly, it is hereby:

       ORDERED that because Petitioner's next friend indicated that she did not have electronic access to ECF during the initial telephonic conference, the Government must serve their opposition and accompanying documents, along with this order, to Petitioner's next friend via her email, yagemoronta14@gmail.com, by **April 8, 2026**.

---

[1] A petition for a writ of habeas corpus may be brought either "by the person for whose relief it is intended or by someone acting in his [or her] behalf."  28 U.S.C. § 2242.  "Although a significant relationship with the real party in interest is relevant to the appointment of a next friend, it is neither required nor dispositive." *Doe v. Hochul*, 139 F.4th 165, 178 (2d Cir. 2025).  During the initial telephonic conference, Petitioner's next friend indicated that she is the girlfriend of Petitioner.

IT IS FURTHER ORDERED that Petitioner's due date to submit reply in support of the Habeas Petition is stayed pending further order from this Court following the Clerk of Court's attempt to locate pro bono counsel to represent Petitioner in this case.

IT IS FURTHER ORDERED that the parties shall advise us if Petitioner files an appeal of the Immigration Judge's removal order, (Doc. 8-8), to the Board of Immigration Appeals within the April 20, 2026 deadline.

SO ORDERED.

Dated:     April 8, 2026
           New York, New York

_____
Vernon S. Broderick
United States District Judge

2