UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                            :

EDWIN M. FORTUNATO TAPIA,         :

                                            :

                    Petitioner,   :

                                            :                    26-CV-2527

         -against-       :

                                            :                    **ORDER**

PAUL ARTETA, in his official capacity as   :
Sheriff of Orange County, New York and   :
Warden of Orange County Correctional   :
Facility, *et al.*,                         :

                                          :

                    Respondent.  :

                                          :

-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       According to the briefing schedule I so-ordered on April 17, 2026, the Government's response to Petitioner's Amended Petition for a Writ of Habeas Corpus was due on May 22, 2026. (*See* Doc. 18.) To date, the Government has not filed a response to Petitioner's Amended Petition, (Doc. 19). Therefore, I extend the Government's time to respond to Petitioner's Amended Petition *nunc pro tunc* to June 4, 2026 and correspondingly extend Petitioner's time to file a reply in support of his Amended Petition to June 11, 2026.

SO ORDERED.

Dated:     May 28, 2026
           New York, New York

Vernon S. Broderick
United States District Judge