UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN M. FORTUNATO TAPIA ,<br><br>Petitioner,<br><br>-against-<br><br>PAUL ARTETA, in his official capacity as Sheriff of Orange County, New York and Warden of Orange County Correctional Facility, *et al.*,<br><br>Respondents. | 26-CV-2527<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Petitioner's Motion to Enforce my June 29, 2026 Order, (Doc. 25), and Petitioner's letter regarding a proposed briefing schedule, (Doc. 28). The Government shall file its response to Petitioner's Motion to Enforce by **Wednesday, July 29, 2026**. Petitioner's reply, if any, shall be filed by **Monday, August 3, 2026**.

SO ORDERED.

Dated: July 17, 2026
New York, New York

Vernon S. Broderick
United States District Judge