UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN M. FORTUNATO TAPIA,

Petitioner,

-against-

PAUL ARTETA, in his official capacity as Sheriff of Orange County, New York and Warden of Orange County Correctional Facility, *et al.*,

Respondents.

26-CV-2527 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

The parties are directed to appear for oral argument on the Petitioner Edwin M. Fortunato Tapia's ("Petitioner") motion to enforce my prior June 29, 2026 order, (Doc. 25), on **August 31, 2026 at 11:00 a.m. ET,** in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, New York, 10007.

The parties are further instructed to submit to me, by **August 26, 2026**, proposed conditions of release reasonably tailored to ensure Petitioner's future attendance at immigration hearings, including but not limited to the details of a personal recognizance bond, any sureties, and geolocation monitoring. The parties' submissions should discuss geolocation monitoring's effectiveness in mitigating the flight risk of legal permanent residents awaiting removal proceedings.

SO ORDERED.
Dated: August 17, 2026
New York, New York

Vernon S. Broderick
United States District Judge