Patterson Belknap

www.pbwt.com

August 24, 2026

Kabir Hashmi
Associate
(212) 336-2701
khashmi@pbwt.com

***By ECF***

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

The Government is ordered to produce Petitioner at the August 31, 2026 oral argument. The Government is also directed to arrange for the agency transporting Petitioner to coordinate with the United States Marshals for the Southern District of New York concerning Petitioner's production in my courtroom. The Court will also arrange for a Spanish interpreter to be present.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 8/25/2026

**Re:** ***Fortunato Tapia v. Arteta, et al.*****,**
**No. 26-cv-2527 (S.D.N.Y.)**

Dear Judge Broderick:

We represent Petitioner Edwin M. Fortunato Tapia and we write to seek an order requiring the Government to produce Mr. Tapia at the oral argument scheduled in this case for August 31, 2026 (the "Argument"). We also respectfully request that a court-appointed Spanish interpreter be made available to Mr. Tapia at the Argument.

During the August 31 proceeding, the Court will hear oral argument regarding Mr. Tapia's motion to enforce this Court's order granting a writ of habeas and mandating a constitutionally adequate bond hearing. Mr. Tapia's presence at the Argument will ensure that he has a meaningful opportunity to participate in these proceedings, particularly with respect to providing guidance and instructions to his counsel, as appropriate. His presence, moreover, will comport with the core of a habeas proceeding, which may require presentment of the petitioner before the Court. *See* 28 U.S.C. § 2243 ("[T]he person to whom the writ is directed shall be required to produce at the hearing the body of the person detained.").

Accordingly, Mr. Tapia respectfully requests (1) that the Court order the Government to produce Mr. Tapia at the Argument, and (2) the presence of a Spanish interpreter for Mr. Tapia at the Argument. The Government does not object to this request.

Respectfully submitted,

*/s/ Kabir Hashmi*

Kabir Hashmi