UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

EDWIN M. FORTUNATO TAPIA

Petitioner,

-against-

PAUL ARTETA, in his official capacity as Sheriff of Orange County, New York and Warden of Orange County Correctional Facility, *et al.*,

Respondents.

---------------------------------------------------------X

26-CV-2527 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On August 31, 2026, I heard oral argument from the parties regarding Petitioner Edwin M. Fortunato Tapia's ("Petitioner") motion to enforce my June 29, 2026 Opinion and Order, (Doc. 25). I am also in receipt of Petitioner's and the Government's letters containing proposed conditions of release. (Docs. 35, 38.) For reasons stated on the record and to be stated in a forthcoming written opinion, Petitioner's motion to enforce is GRANTED IN PART. Accordingly, it is hereby:

ORDERED that the Government release Petitioner from immigration custody on the following conditions, which must be met prior to his release:

1. $2,500 cash bond;
2. geolocation monitoring by an ankle or bracelet monitor; and
3. the assurance that Petitioner must not commit any new crimes while released.

IT IS FURTHER ORDERED that Petitioner shall be released from custody, equipped with geolocation monitoring, within 48 hours of posting the $2,500 cash bond. The parties shall

submit a letter providing me with an update concerning the status of Petitioner's release by September 4, 2026.

IT IS FURTHER ORDERED that Petitioner shall not be transferred except to a facility within this District, the Eastern District of New York, the District of New Jersey, or the Middle District of Pennsylvania absent further order from me. This directive supersedes the directions contained in the Order to Show Cause issued on March 27, 2026, (Doc. 5).

I maintain jurisdiction over this case to ensure compliance with my Order.

SO ORDERED.

Dated: August 31, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge